# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**AUDREY LUEVENIA DANIELS,**
      **Plaintiff,**

    v.                                      Case No. 12-CV-00650

**MILWAUKEE BOARD OF SCHOOL DIRECTORS,**
**and GREGORY THORNTON,**
      **Defendants.**

## DECISION AND ORDER

Pro se plaintiff Audrey Daniels filed this civil rights action for employment discrimination under Title VII of the Civil Rights Act of 1964 and retaliation in violation of the Family Medical Leave Act, 29 U.S.C. § 2601. The deadline for the completion of discovery was July 15, 2013, but plaintiff has moved for additional time so she can respond to defendant's written discovery requests and finish reviewing documents that defendant has made available to her in response to her own requests. Defendant objects to any extension of discovery. Alternatively, if I give plaintiff time to complete her tasks, defendant asks for more time to take plaintiff's deposition. Plaintiff's deposition was scheduled for July 15, 2013, but plaintiff failed to appear. Plaintiff says she did not receive any notice of the deposition.

I will grant plaintiff's request for an extension of discovery and extend the deadline to September 3, 2013. Plaintiff can use this additional time to: 1) respond to defendant's written discovery requests, and 2) review the documents that defendant has already made available to her. Plaintiff should also work with defendant to reschedule her deposition so

that it can be held prior to September 3. The parties cannot use this time to conduct any other discovery.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for an extension of the time for discovery (Docket #35) is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery must be completed by **September 3, 2013**.

**IT IS FURTHER ORDERED** that any dispositive motions mut be served and filed on or before **October 15, 2013**.

Dated at Milwaukee, Wisconsin, this 1st day of August, 2013.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge